# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAVID BEATTY § | |
| § | |
| V. § | CASE NO. 4:11cv846 |
| § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 15, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Commissioner of Social Security's Motion to Reverse and Remand Pursuant to Sentence Four (Dkt. 14) be GRANTED and that this cause be REVERSED and REMANDED to the Social Security Administration for re-evaluation under the sequential evaluation process, further development of the record, and to conduct further proceedings as necessary pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, Defendant Commissioner of Social Security's Motion to Reverse and Remand Pursuant to Sentence Four (Dkt. 14) is GRANTED and this cause shall be REVERSED and REMANDED to the Social Security Administration for re-evaluation under the sequential evaluation

process, further development of the record, and to conduct further proceedings as necessary pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

**SIGNED this the 26th day of March, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE